(128 So. 913)

## Duncan BLOCKER v. STATE.

### 7 Div. 714.

Court of Appeals of Alabama.

May 23, 1930.

RICE, J.

Appeal dismissed on motion of appellant.

(121 So. 919)

## Junius W. BLUNT v. STATE. (8 Div. 786.)

Court of Appeals of Alabama. March 19, 1929.

Chas. T. Grimmett, of Huntsville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Appellant was convicted of the offense of buying, receiving, concealing, etc., stolen property, in such a quantity and value as to amount to the equivalent of grand larceny. Code 1923, §§ 4912, 4905. He was given a sentence to serve imprisonment in the state penitentiary for an indeterminate term of not less than three nor more than four years.

We have critically inspected the record before us, but find nothing irregular or erroneous to be apparent. The evidence was ample to sustain the verdict returned by the jury. The judgment is affirmed.

Affirmed.

(122 So. 919)

## Junius W. BLUNT v. STATE. (8 Div. 787.)

Court of Appeals of Alabama. May 7, 1929.

Chas. T. Grimmett, of Huntsville, for appellant.

Charlie C. McCall. Atty. Gen., for the State.

BRICKEN, P. J. Upon an indictment which charged appellant with grand larceny and receiving stolen property, the defendant was convicted under the second count thereof, and from the judgment pronounced and entered this appeal was taken.

The corpus delicti was established by the evidence without dispute or controversy. The evidence as to the guilt or innocence of this appellant was in conflict, thereby presenting a jury question. It was ample upon which to base the verdict rendered and the judgment of conviction predicated thereon.

The exceptions reserved to the court's rulings upon the admission of evidence are without merit, as no error appears in any of these rulings. There is no phase of this case which entitled the defendant to the general affirmative charge as to either count in the indictment.

The motion for a new trial was properly overruled. Let the judgment of conviction, from which this appeal was taken, stand affirmed.

Affirmed.

(122 So. 920)

## Jack BODRY v. STATE. (8 Div. 891.)

Court of Appeals of Alabama. May 21, 1929.

RICE, J. Affirmed.

(122 So. 920)

## Jackson J. BODY v. STATE. (3 Div. 613.)

Court of Appeals of Alabama. May 14, 1929.

RICE, J. Appeal dismissed.

(122 So. 920)

## Pink BOLTON v. STATE. (8 Div. 844.)

Court of Appeals of Alabama. May 21, 1929.

RICE, J. Affirmed.

(123 So. 923)

## Charlie BONDS v. STATE. (8 Div. 843.)

Court of Appeals of Alabama. June 18, 1929.

SAMFORD, J. Affirmed.